JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Consejo Felipe, | ) | Case No.: CV 12-5153 DSF (RZx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| Wilmington Trust Co., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having considered and granted Defendants' motions to dismiss the First Amended Verified Complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1/8/12

Dated: _____    _____
                              Dale S. Fischer
                              United States District Judge