JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Consejo Felipe, | ) | Case No.:  CV 12-5153 DSF (RZx) |
|            Plaintiff, | ) | |
|     vs. | ) | |
| Wilmington Trust Co., et al., | ) | JUDGMENT |
|            Defendants. | ) | |
| _____ | ) | |

The Court having considered and granted Defendants' motions to dismiss the First Amended Verified Complaint,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1/8/12

Dated: _____          _____
                                                     Dale S. Fischer
                                           United States District Judge